UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| DAVID PUTZER, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-00498-LRH (RAM) |
| ) | |
| v. ) | |
| ) | O R D E R |
| GLEN WHORTON, et al., ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Robert A. McQuaid, Jr. (#27[1]) entered on August 6, 2008, in which the Magistrate Judge recommends that Defendants' Motion to Dismiss (#14) be granted in part and denied in part and that Plaintiff's Motion for Class Action Certification (#12) be denied. No objection was filed by either Plaintiff or Defendants. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

---

[1] Refers to court's docket number.

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#27); therefore, Defendant's Motion to Dismiss (#14) is granted in part and denied in part as follows:

1. Defendants' motion to dismiss Plaintiff's due process claim should be DENIED.
2. Defendant's motion to dismiss Plaintiff's § 1985(3) civil conspiracy claim should be GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Class Action Certification (#12) is DENIED.

IT IS SO ORDERED.

DATED this 2nd day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2