CRIMINAL

```
___✓ FILED          ___ RECEIVED
___ ENTERED         ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

           DEC 30 2008

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  DAVID PUTZER #89545
   LOVELOCK CORRECTIONAL CENTER
2  1200 PRISON ROAD
   LOVELOCK, NV 89419
3  PLAINTIFF IN PRO SE

4            IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA

5  DAVID PUTZER,                )
                                )
6           Plaintiff,           )   Case No. 3:07-CV-00498-LRH(RAM)
                                )
7       vs.                     )   NOTICE OF APPEAL
                                )
   GLEN WHORTON, et al.,        )
8           Defendants.          )
                                )

9   COMES NOW, PLAINTIFF, DAVID PUTZER, PRO SE AND FILES THIS APPEAL PURSUANT TO 28 U.S.C. §636(b)(1)(c) AND
10  RULE IB 3-2 OF THE LOCAL RULES OF PRACTICE, "OBJECTIONS TO MAGISTRATE JUDGE'S" DOCUMENT 65 FILED
11  12/19/2008; Id. (Docket #43) MOTION TO AMEND; AS IT RELATES TO DAMAGES; "IS DENIED." "GRANTED TO THE
12  EXTENT THAT REGINA HENDRICKSON SHALL BE INSERTED IN THE COMPLAINT AS John Doe #1. THE FOLLOWING
13  MEMORANDUM OF POINTS AND AUTHORITIES; AND ALL OTHER PAPERS AND PLEADINGS ON FILE HEREIN.
14              MEMORANDUM OF POINTS AND AUTHORITIES
15  I. ARGUMENT
16  ON 12-19-2008, THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE HELD A MOTION HEARING
17  THAT DID CONVENE AT 10:04 AM, RENO, NEVADA. AT THE HEARING THE COURT ORDERED THAT THE MOTION TO
18  AMEND, AS IT RELATES TO DAMAGES, IS DENIED.
19      PUTZER ARGUES AS RELIEF PUTZER SHOULD RECEIVE MONEY DAMAGES FOR BEING DENIED CAMP DAYS, MINIMUM
20  CUSTODY, BECAUSE I WAS DENIED AND CLASSIFIED AS A CONVICTED SEX OFFENDER (C-1), FROM MARCH 2,
21  2006, UNTIL OCTOBER SOMETIME, 2007.
22      THIS RULE ON RELATION BACK OF AMENDMENTS TO PLEADINGS IS PERMISSIVE AND AS LONG AS AMENDED COMPLAINT
23  REFERS TO SAME TRANSACTION OR OCCURRENCE WHICH FORM BASIS FOR ORIGINAL COMPLAINT AND DEFENDANT WAS PUT ON NOTICE
24  OF CLAIM BY FIRST COMPLAINT; THERE WILL BE NO BAR TO AMENDMENT, AND EVEN NEW DEFENDANTS, AND NEW THEORIES
25  OF RECOVERY WILL BE ALLOWED. Williams v. U.S., C.A. 5 (Ga) 1968, 405 F.2d 234 Federal civil Procedure key
26  839,1; Federal civil Procedure key 842; Federal civil Procedure key 853
27  FRCP RULE 15... RATIONALE OF RELATION-back RULE FOR PLEADING AMENDMENTS IS THAT, ONCE LITIGATION
28

DAVID PUTZER #89545

                              -1-

INVOLVING PARTICULAR TRANSACTION HAS BEEN INSTITUTED; PARTY SHOULD NOT BE PROTECTED BY STATUTE OF LIMITATIONS FROM LATER ASSERTED CLAIMS THAT AROSE OUT OF SAME CONDUCT SET FORTH IN ORIGINAL PLEADINGS. Kansa Reinsurance Co Ltd v. Congressional Mors, Corp, of Texas, C.A. 5 (Tex.) 1994, 20 F. 3d 1362 Limitation of Actions key 127 (1). PLAINTIFF PUTZER DOES PRESERE THIS ISSUE FOR APPEAL.

THIS MOTION SHOULD BE GRANTED.
DATED THIS 23;rd day OF DECEMBER.

By: _____
DAVID PUTZER #89.545
LCC- 1200 Prison Road
Lovelock, NV 89419
PLAINTIFF IN Pro SE

### CERTIFICATE OF SERVICE

I hereby CERTIFY THAT A COPY OF THE FOREGOING DOCUMENT WAS MAILED TO KRISTEN R. GEDDES - DEPUTY ATTORNEY GENERAL
(OPPOSING COUNSEL)

AT OFFICE OF THE ATTORNEY GENERAL-100 N. CARSON ST. - CARSON CITY, NV 89701-4717
ON DECEMBER 24th 2008.

By: _____
DAVID PUTZER #89.545
LCC- 1200 Prison Road
Lovelock, NV 89419
PLAINTIFF IN Pro SE

///
///
///
///