FILED ___ RECEIVED
___ ENTERED   ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

SEP 11 2009

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DAVID PUTZER, | ) |
| Plaintiff, | ) 3:07-cv-00498-LRH (RAM) |
| v. | ) ORDER |
| GLEN WHORTON, et al., | ) |
| Defendants. | ) |

Before this Court is Report and Recommendation of U.S. Magistrate Robert A. McQuaid, Jr. (#99[1]) filed on April 7, 2009, recommending granting Defendants' Motion to Dismiss Defendant Forschauer and denying the Motion to Dismiss Defendant Baca (#75) filed on January 26, 2009. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#101) on April 22, 2009, Defendants filed their Response to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation on May 6, 2009 (#103), and Plaintiff filed his Reply[2] (#106) on May 26, 2009, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to court's docket number.

[2] Plaintiff filed a Motion for Enlargement of Time (#105) to reply to Defendants' response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation. Plaintiff's motion is granted and his Reply (#106) shall be accepted as timely filed.

1   The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#99) filed on April 7, 2009, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#99) filed on April 7, 2009, is adopted and accepted, and Defendant's Motion to Dismiss (#75) is granted in part and denied in part. Defendant's Motion to Dismiss as to Defendant Froschauer is granted and as to Defendant Baca is denied.

IT IS SO ORDERED.

DATED this 10th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE