UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DAVID PUTZER, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-00498-LRH-RAM |
| ) | |
| v. ) | |
| ) | O R D E R |
| GLEN WHORTON, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid (#155[1]) entered on August 9, 2010, recommending granting Defendants' Motion for Summary Judgment (#124) filed on February 18, 2010, and denying Plaintiff's Motion for Summary Judgment (#131) filed on March 16, 2010, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#155) entered on August 9, 2010, should be adopted and accepted.

///

---

[1]Refers to court's docket number.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#155) entered on August 9, 2010, is adopted and accepted, and Defendant's Motion for Summary Judgment (#124) is GRANTED and Plaintiff's Motion for Summary Judgment (#131) is DENIED.

IT IS SO ORDERED.

DATED this 17th day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2