AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF  NEVADA

DAVID PUTZER,

    Plaintiff,

V.

GLEN WHORTON, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:07-CV-00498-LRH-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [155] is ADOPTED AND ACCEPTED. Defendants' Motion for Summary Judgment [124] is GRANTED and plaintiff's Motion for Summary Judgment [131] is DENIED.

September 21, 2010         **LANCE S. WILSON**
Date         Clerk

    /s/   M. Campbell
    Deputy Clerk